It is so ordered. This matter is hereby dismissed with prejudice.
/s/ John R. Adams
U.S. District Judge
11/22/2022

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **CHRISTIAN LEGG,**<br><br>Plaintiff,<br><br>v.<br><br>**THE GOODYEAR TIRE AND RUBBER COMPANY,**<br><br>Defendant. | Case No. 5:22-CV-00846<br><br>Judge John R. Adams |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Christian Legg and Defendant The Goodyear Tire and Rubber Company hereby jointly stipulate to the dismissal of this action with prejudice and with each party to bear its own fees and costs.

Respectfully submitted,

| | |
|---|---|
| */s/ J. Corey Asay* (per email consent)<br>Matthew S. Parmet<br>PARMET PC<br>3 Riverway, Suite 1910<br>Houston, TX 77056<br>Telephone: 713.999.5528<br>matt@parmet.law<br><br>J. Corey Asay (0090203)<br>MORGAN & MORGAN, P.A.<br>333 W. Vine Street, Suite 1200<br>Lexington, KY 40507<br>Telephone: 859.286.8368<br>Facsimile: 859.286.8384<br>casay@forthepeople.com<br><br>Attorneys for Plaintiff,<br>CHRISTIAN LEGG | */s/ Timothy S. Anderson*<br>Timothy S. Anderson (0071593)<br>James P. Smith (0073945)<br>Alex R. Frondorf (0087071)<br>LITTLER MENDELSON, P.C.<br>Key Tower<br>127 Public Square, Suite 1600<br>Cleveland, OH 44114-9612<br>Telephone: 216.696.7600<br>Facsimile: 216.696.7600<br>tanderson@littler.com<br>jpsmith@littler.com<br>afrondorf@littler.com<br><br>Attorneys for Defendant,<br>THE GOODYEAR TIRE & RUBBER COMPANY |